165 A.3d 786

IN THE MATTER OF OMOTAYO F. MEBUDE, AN ATTORNEY AT LAW (ATTORNEY NO. 040382001)

July 28, 2017

**ORDER**

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent (DRB 17–185) of **OMOTAYO F. MEBUDE** of **UNION TOWN-SHIP**, who was admitted to the bar of this State in 2001;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a)(gross negligence), *RPC* 1.3 (lack of diligence), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.3, and *RPC* 8.4(c), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VA–2015–0037E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **OMOTAYO F. MEBUDE** of **UNION TOWNSHIP** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.